UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL HORACEK,

    Plaintiff,                               Case No. 1:09-CV-96

v.                                                   Hon. Gordon J. Quist

JESSICA GREY, *et al.*,

    Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on February 4, 2010. The Report and Recommendation was served on Plaintiff by mail on February 5, 2010. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed February 4, 2010, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 18) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.

Dated: March 12, 2010                                                 /s/ Gordon J. Quist
                                                                 GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE